**FILED**

03/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0680

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0680

CITY OF BOZEMAN,

Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,
an agency of the State of Montana, and
UTILITY SOLUTIONS, LLC,

Respondents and Appellees.

**FILED**

MAR 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, June 17, 2020, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

DATED this 19th day of March, 2020.

For the Court,

By _____
Chief Justice